# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHENSON EQUITY COMPANY, a Texas general partnership, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 02 CV 615-DLR-SAJ ) |
| MARSH USA, INC., formerly known as J&H MARSH & McLENNAN, INC., and as MARSH & McLENNAN, INC., and JAMES F. HALL, individually and as agent of MARSH USA, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate for the dismissal of this entire action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The parties are to bear their own respective attorneys' fees and costs.

By: /s/ T. Lane Wilson
*(Signed by Filing Attorney with permission of Plaintiff's Attorney)*
J. Kevin Hayes, OBA #4003
T. Lane Wilson, OBA #16343
Heather L. Cupp, OBA #17609
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 400
Tulsa, OK  74103-3708
Telephone (918) 594-0400
Facsimile (918) 594-0505

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Timothy A. Carney
Timothy A Carney, OBA #11784
**GABLE & GOTWALS**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74119
Telephone: (918) 595-4800
Facsimile:  (405) 235-4133

- and –

Kelly M. Hnatt
Alexandra Russello
**WILLKIE FARR GALLAGHER**
The Equitable Center
787 Seventh Avenue
New York, NY  10019-6099
Telephone: (212) 728-8000
Facsimile:  (212) 728-8111

**ATTORNEYS FOR DEFENDANTS**

{633210;}